IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-01967-CNS-NRN

CARA FUNK

       Plaintiff,

v.

BUCKEYE CORNER, LLC

       Defendant

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

  Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

  The issues between the parties and the case in controversy have been resolved.

DATED: November 8, 2022      Respectfully submitted,

             BY:  */S/ R. Bruce Tharpe*
               R. Bruce Tharpe
               Texas State Bar ID No. 19823800
               Colorado State Bar ID No. 54500
               Federal Bar ID 13098

               **LAW OFFICE OF**
               **R. BRUCE THARPE, PLLC**
               PO Box 101
               Olmito, TX 78575
               (956) 255-5111 (Tel)

               ATTORNEY OF RECORD FOR
               PLAINTIFF CARA FUNK

### CERTIFICATE OF SERVICE

  I, R. BRUCE THARPE, do hereby certify that on November 8, 2022, this notice was served on all parties of record via the U.S. District Court of Colorado electronic case filing system. A copy of this notice was also mailed to Defendant, who has not yet made an appearance in this case.

*/s/ R. Bruce Tharpe*
R. BRUCE THARPE,
ATTORNEY OF RECORD FOR
PLAINTIFF CARA FUNK